JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 451 -- In re Shopping Carts Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/12/08 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SVC. of Certain Plaintiffs. Suggested Transferee District: S.D.N.Y. & N.D. Illinois Suggested Transferee Judge: (ds) |
| 80/12/15 | 2 | RESPONSE/MEMORANDUM -- pltf. (A-29) Giant Eagle Markets, Inc. w/cert. of svc. (ds) |
| 80/12/17 | | APPEARANCES -- Raymond P. Hernacki for Raley's; J. Garett Kendrick for Arden-Mayfair, Inc., et al.; Josef D. Cooper, Esq. for Safeway Stores, Inc.; Francis O. Scarpulla for Busy Boy Markets, Inc., et al.; James B. Sloan, Esq. for Plesing Super Mart, Inc.; Lowell E. Sachnoff, Esq. for Penny's Supermarkets, Inc.; James S. Gordon, Esq. for Buy Low, Inc., et al.; Robert D. Puul, Esq. for The Stop and Shop Co., Inc., et al.; Harold Brown, Esq. for Great Scott Food Markets, Inc.; David J. Bershad, Esq. for Resjefal Corp.; Ira Postel, Esq. for Toy R Us, Inc.; Jerry S. Cohen, Esq. for Chatham Supermarkets; Stephen P. Hoffman, Esq. for Alexanders Markets, Inc.; Robert N. Kaplan, Esq. for Eastside Foods Inc.; Arthur N. Abbey, Esq. for Pik N Pak; Howard B. Weinreich, Esq. for Shopwell, Inc.; David Jaroslawicz, Esq. for Lomark Discount Drugs, Inc.; Allen D. Black, Esq. for Martin Perlov, et al.; Ronald Litowitz for Pick Quick Foods, Inc.; Stanley L. Kaufman, Esq. for PSK Food Corp, et al.; Henry A. Brachtl, Esq. for Zayre Corp.; Bernard M. Gross for C.E.S. Operating Co., Inc., et al.; Seymour Kurland, Esq. for Davisville Center, Inc., et al.; Bernard D. Marcus, Esq. for Giant Eagle Markets, Inc.; Stephen D. Susman for Schepps Grocery Company; Douglas V. Rigler, Esq. for Godfrey Company; Gary Senner for Unarco Industries; Albert M. Appel, Esq. for Roblin Industries, Inc.; J. Edd Stepp, Jr. for Gleason Corp., et al.; David S. Acker, Esq. for Tote-Cart Co., Inc. (ds) |
| 80/12/18 | 3 | RESPONSE/MEMORANDUM AND EXHIBITS ONE THRU $ -- pltf. (A-5) Busy Boy Markets, Inc., etal w/cert. of svc.(ds |
| 80/12/19 | 4 | MOTION, BRIEF, Cert. of Svc. for transfer of 34 related actions to the Northern District of Illinois. Schdule A included. (Motion encompasses same actions as pleading No. 1) -- BUY-LOW, ET AL. (No additional notice being mailed to counsel). (rew) |
| 80/12/22 | 5 | RESPONSE -- ZAYRE CORP. w/MEMO. AND CERT. OF SVC. (rew) |
| 80/12/22 | | APPEARANCE -- Lawrence H. Eiger, Esq. for Mechanical Rubber & Supply, Inc. (rew) |

451

| Date | No. | Description |
|---|---|---|
| 80/12/22 | 6 | RESPONSE/MEMORANDUM -- Safeway Stores, Inc. -- w/cert. of service. (emh) |
| 80/12/22 | 7 | RESPONSE/MEMORANDUM -- Roblin Indusries, Unarco, Ind., Gleason Corp., Technibilt, and Tote-Cart Co. w/cert of Svc. (rew) |
| 80/12/30 | 8 | REBLY ON BEHALF OF PLAINTIFF'S EXECUTIVE COMMITTEE AND ALL PLAINTIFF'S IN A-1 thru A-3, A-5 thru A-10, A-13 thru A-26 and A-28 thru A-30 w/cert. of svc. (ds) |
| 81/01/02 | 9 | REPLY -- pltf. (A-4) Safeway Stores, Inc. w/cert. of svc. (ds) |
| 81/01/02 | 10 | REPLY -- defendants w/cert. of svc. (ds) |
| 81/01/12 | 11 | MOTION, BRIEF, EXHIBITS A and B -- Named Defendants -- (A-35) -- w/cert. of service (cds) |
| 81/01/16 | 12 | RESPONSE -- Plaintiff Sam Dunlap, et al. -- w/brief and cert. of service (cds) |
| 81/01/26 |  | PANEL HEARING: Setting Motion to Transfer for Panel Hearing on February 26, 1981 in San Antonio, Texas (cds) |
| 81/02/03 | 13 | REPLY/MEMORANDUM -- Defts. Roblin Industries, Inc., Unarco Industries, Inc., Gleason Corp., Technibilt Corp., Tote-Cart Co. -- w/cert. of svc. (emh) |
| 81/02/09 | 14 | LETTER -- Behalf of Defendants signed by Albert Appel -- w/svc. (emh) |
| 81/02/18 | 15 | LETTER -- signed by Francis O. Scarpulla -- w/copy of an order remanding A-5 Busy Boy Markets v. Roblin Industries, N.D.Calif., 80-4140 to Superior Court (emh) |
| 81/02/24 |  | HEARING APPEARANCES -- Lowell E. Sachnoff, Esq. for Plaintiffs' Executive Committee, Marvin J. Rosenblum, Esq. for Buy Low Inc., et al., Albert M. Appel, Esq. for Roblin Industries, Inc., J. Edd Stepp, Jr., Esq. for Gleason Corp. and Technibilt Corp., David S. Acker, Esq. for Tote Cart Co., Inc., Gary Senner, Esq. for Unarco Industries, Inc., Bernard M. Gross, Esq. for CES Operating Co. T/A Great Scott Markets, Judah I. Labovitz, Esq. for Plaintiffs' Executive Committee, Douglas V. Rigler, Esq. for Godfrey Co., Bernard D. Marcus, Esq. for Giant Eagle Markets, Inc., I.Walton Bader, Esq. for Sam Dunlap (ds) |
| ~~81/02/24~~ |  | ~~WAIVER OF ORAL ARGUMENT~~ |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 451 -- In re Shopping Carts Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/04/07 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Charles L. Brieant, S. D. New York (emh) |
| 81/04/07 | | TRANSFER ORDER -- transferring A-1 thru A-4, A-6 thru A-13, A-29 thru A-34 to the S.D. New York pursuant to 28 U.S.C. §1407. Order also DEFERRED transfer of A-35 Dunlap, et al. v. Roblin Industries, Inc., et al., N.D. Miss., C.A. No. EC80-340-WK-P, until the motion to remand this action to Mississippi state court is resolved. (emh) |
| 81/04/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-36 The Fed-Mart Corp. v. Roblin Industries, Inc., et al., S.D. Calif., C.A.No. 81-0169-E(H) NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 81/05/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-38 Hartfield-Zodys, Inc. v. Unarco Industries, Inc., et al., C.D. California, C.A. No. 81-1698-AAH(Kx). Notified involved counsel and judges. (ds) |
| 81/05/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-36 The Fed-Mart Corp. v. Roblin Industries Inc., et al., S.D. California, C.A. No. 81-0169-E(H). ~~Notified involved counsel and judges. (ds)~~ Notified involved clerks and judges (ds) |
| 81/05/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-39 Albertson's, Inc., et al. v. Technibilt Corp., et al., D. Utah, C.A. No. C81-0239W -- NOTIFIED INVOLVED JUDGES AND COUNSEL cds |
| 81/05/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-38 Hartfield-Zodys, Inc. v. Unarco Industries, Inc., et al., C.D. California, C.A. No. 81-1698-AAH(Kx). Notified involved clerks and judges. (ds) |
| 81/05/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-39 Albertson's, Inc., et al. v. Technibilt Corp., et al., D. Utah, C.A. No. C81-0239W. Notified involved clerks and judges. (ds) |
| 81/06/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-40 Mayfair Super Markets, Inc. v. Unarco Industries, Inc., et al., D. New Jersey, C.A. No. 81-940. Notified involved counsel and judges. (ds)~~=940.===Notified=involved=c-~~ |
| T | 81/06/19 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-40 Mayfair Super Markets, Inc. v. Unarco Industries, Inc., etal., D.N.Y., C.A.No. 81-940. Notified involved clerks & judges. (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __451__ -- __In re Shopping Carts Antitrust Litigation__

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/07/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-43 First Nat'l Supermarkets, Inc. v. Roblin Industries, Inc., etal., N.D.Ohio, C.A.No. C81-1324 -- Notified involved counsel and judges. (eaf) |
| 81/07/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-44 Dayton Hudson Corp., etal. v. Roblin Ind., Inc., etal., D.Minn. 3-81-401 -- Notified involved counsel and judges. (eaf) |
| 81/08/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-43 First National Supermarkets, Inc. v. Roblin Industries, et al., N.D.Ohio, C.A. No. C81-1324 -- Notified involved judges and clerks (cds) |
| 81/08/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-44 Dayton Hudson Corp., et al. v. Roblin Ind., Inc., et al., D. Minn., 3-81-401 -- NOTIFIED INVOLVED JUDGES & CLERKS |
| 81/09/4 | | ORDER DENYING TRANSFER OF A-35 Dunlap, et al., v. Roblin Industries, Inc., et al., N.D. Mississippi, C.A. No. EC 80-340-WK-P. Notified involved judges, clerks and counsel. (ds) |
| 82/03/05 | | CONDITIONAL TRANSFER FILED TODAY - D-46 Certified Grocers of Ill., Inc. v. Roblin Industries, Inc., etal., N.D.Ill. C.A. No. 82-C-0945 -- Notified involved counsel and judges. (eaf) |
| 82/03/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-46 Certified Grocers of Ill., Inc. v. Roblin Industries, Inc., et al., N.D.Ill., C.A.No. 82-C-0945. Notified involved clerks & judges. (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 451 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SHOPPING CARTS ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 2/26/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/7/81 | TO | Unpub. | S.D. N.Y. | Hon. Charles L. Brieant | |

### Special Transferee Information

DATE CLOSED: 9-20-87

Vera Hayes
See Clerk to Brieant
662-0241

M21-29

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 451 -- In re Shopping Carts Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Joseph B. Goldberg, etc. v. Roblin Industries, Inc., et al. | C.D.Cal. Williams | 80-4085 | APR 7 1981 | 81-2011 | 10/30/85 | |
| A-2 | Raley's v. Roblin Industries, Inc., et al. | C.D.Cal. Tashima | 80-4083 | APR 7 1981 | 81-2012 | 10/30/85 | |
| A-3 | Arden-Mayfair Inc., et al. v. Technibilt Corp., et al. | C.D.Cal. Tashima | 80-4993 | APR 7 1981 | 81-2013 | 10/30/85 | |
| A-4 | Safeway Stores v. Roblin Industries, Inc., et al. | N.D.Cal. Schwarzer | 80-4077 | APR 7 1981 | 81-2014 | 7/20/82 | |
| A-5 | Busy Boy Markets, Inc., et al. v. Roblin Industries, Inc., et al. | N.D.Cal. Williams | 80-4140 | | | | Prior to transfer |
| A-6 | The Food Seller, Inc., v. Roblin Industries, Inc., et al. | N.D.Ill. Crowley | 80-4984 | APR 7 1981 | 81-2015 | 10/30/85 | |
| A-7 | Mechanical Rubber & Supply Inc. v. Roblin Industries, Inc., et al. | N.D.Ill. Crowley | 80-4986 | APR 7 1981 | 81-2016 | 10/30/85 | |
| A-8 | Plesing Super Mart, Inc. v. Roblin Industries, Inc., et al. | N.D.Ill. Crowley | 80-5002 | APR 7 1981 | 81-2017 | 10/30/85 | |
| A-9 | Penny's Supermarkets, Inc. v. Unarco Industries, Inc., et al. | N.D.Ill. Crowley | 80-5054 | APR 7 1981 | 81-2018 | 10/30/85 | |
| A-10 | Les On Retail Systems, Inc. v. Roblin Industries, Inc., et al. | N.D.Ill. Crowley | 80-5072 | APR 7 1981 | 81-2019 | 10/30/85 | |

DOCKET NO. 451 -- In re Shopping Carts Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Buy Low, Inc., et al. v. Roblin Industries, Inc., et al. | N.D.Ill. Crowley | 80-4958 | APR 7 1981 | 81-2220 | 1-18-81 D | |
| A-12 | The Stop & Shop Co., Inc., et al. v. Roblin Industries, Inc., et al. | D.Mass. Mazzone | 80-2203 | APR 7 1981 | 81-2221 | 7/20/81 D | |
| A-13 | Great Scott Food Markets v. Unarco Industries, Inc., et al. | D.Mass. Garrity | 80-2415 | APR 7 1981 | 81-2222 | 10/30/85 D | |
| A-14 | Resjefal Corp. v. Unarco Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5076 | | | 10/30/85 D | |
| A-15 | Toys "R" Us, Inc., v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5092 | | | 10/30/85 D | |
| A-16 | Chatham Supermarkets, Inc. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5103 | | | 10/30/85 D | |
| A-17 | Alexanders Markets, Inc. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5108 | | | 10/30/85 D | |
| A-18 | Eastside Foods, Inc. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5140 | | | 10/30/85 D | |
| A-19 | Pik N Pak v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5181 | | | 10/30/85 D | |
| A-20 | Win-Holt Equipment Corp. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5258 | | | 10/30/85 D | |
| A-21 | Murray's of Baderwood, Inc. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5259 | | | 10/30/85 D | |

DOCKET NO. 451 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-22 | Shopwell, Inc. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5253 | | | 10/30/85 D | |
| A-23 | Lomark Discount Drugs, Inc. v. Unarco Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5269 | | | 10/30/85 D | |
| A-24 | Martin Perlov, et al. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5260 | | | 10/30/85 D | |
| A-25 | Pick Quick Foods, Inc. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5334 | | | 10/30/85 D | |
| A-26 | PSK Food Corp., et al. v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-5445 | | | 10/30/85 D | |
| A-27 | Zayre Corporation v. Roblin Industries, Inc., et al. | S.D.N.Y. Connor | 80-5737 | | | 7/20/87 D | |
| A-28 | CES Operating Co. t/a Great Scott Markets v. Roblin Industries, Inc., et al. | S.D.N.Y. Duffy | 80-6088 | | | 10/30/85 D | |
| A-29 | Giant Markets, Inc., v. Roblin Industries, Inc., et al. | E.D.Pa. Fullam | 80-3491 | APR 7 1981 | 81-2223 | 10/30/85 D | |
| A-30 | Davisville Center, Inc., et al. v. Roblin Industries, Inc., et al. | E.D.Pa. Fullam | 80-3526 | APR 7 1981 | 81-2224 | 10/30/85 D | |
| A-31 | Giant Eagle Markets v. Roblin Industries, Inc. | W.D.Pa. Rosenberg | 80-1472 | APR 7 1981 | 81-2225 | 9/20/87 D | |
| A-32 | Schepps Grocery Company v. Roblin Industries, Inc., et al. | S.D.Tex. Bue | H-80-2091 | APR 7 1981 | 81-2226 | 10/30/85 D | |

DOCKET NO. 451 -- In re Shopping Carts Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-33 | Char-Pac, Inc., d/b/a/ Foodland v. Roblin Industries, Inc., et al. | S.D.Tex. Singleton | H-80-2102 | APR 7 1981 | 81-2227 | 10/30/85 D | |
| A-34 | Godfrey Co., v. Roblin Industries, Inc., et al. | E.D.Wis. Evans | 80-979 | APR 7 1981 | 81-2228 | 10/31/85 D | |
| A-35 | Sam Dunlap, et al. v. Roblin Industries, Inc., et al. | N.D.Miss. Keady | EC80-340-WK-P | Denied | | | 1/12/ 9/4/81 D |
| B-36 | The Fed-Mart Corp. v. Roblin Industries, Inc., et al. 4/20/81 | S.D.Cal. Enright | 81-0169-E(H) | 5/6/81 | 81-2869 | 7/20/87 D | |
| XYZ-37 | The Great Atlantic & Pacific Tea Co., Inc. v. Unarco Industries, Inc., et al. | S.D.N.Y. | 81 Civ 465 | | | 7/20/87 D | |
| B-38 | Hartfield-Zodys, Inc. v. Unarco Industries, Inc., et al. 5/4/81 | C.D.Cal. Hauk | 81-1698-AAH (Kx) | 5/20/81 | 81-289 | 7/20/87 D | |
| B-39 | Albertson's, Inc., et al. v. Technibilt Corp., et al. 5/12/81 | D.Utah Winder | C81-0239W | 5/28/81 | 81-3360 | 7/20/87 D | |
| B-40 | Mayfair Super Markets, Inc. v. Unarco Industries, Inc., et al. 6/3/81 | D.N.J. Biunno | 81-940 | 6/19/81 | 81-5986 | 7/20/87 D | |
| | July 1981 -- 22 TR/16 XYZ/38 | | | | | (A provided B-40 as unopposed) 7/20/87 D | |
| XYZ-41 | The Kroger Co., et al. v. Roblin Industries, Inc., et al. | S.D.N.Y. | 81 Civ 3628 | | | 7/20/87 D | |
| XYZ-42 | Food Fair, Inc., et al. v. Roblin Industries, Inc. | S.D.N.Y. | 81 Civ 2673 | | | 7/20/87 D | |
| C-43 | First National Supermarkets, Inc. v. Roblin Industries, Inc., et al. 7/23/81 | N.D.Ohio Contie | C81-1324 | 8/10/81 | 81-Civ567 | 7/20/87 D | |

DOCKET NO. 451 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-44 | Dayton Hudson Corp., et al. v. Roblin Industries, Inc., et al. **JUL 3 0 1981** | D. Minn. Renner | 3-81-401 | 8/17/81 | 81-5297 | 7/20/87 D | |
| XYZ-45 | F. W. Woolworth Co. v. Roblin Industries, Inc., et al. | S.D.N.Y. | 81 Civ 5527 | 5 | | 7/20/87 D | |
| D-46 | Certified Grocers of Illinois Inc. v. Roblin Industries, Inc., et al. **MAR 5 1982** | N.D.Ill. Kocoras | 82-C-0945 | 3/23/82 | 82-1902 | 7/20/87 D | |

July 1982 - 25 TR; 19 XYZ; 1 Rem; 4S Pdg.
July 1983 - Same

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-47 | Pickwell Fine Foods Supermarkets, Inc. v. Roblin Ind., Inc., et al. | S.D.N.Y. | 80-5270 | | | 10/30/85 D | |

July 1985 - 14 Pending

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-48 | Federated Department Stores, Inc. v. Unarco | S.D.N.Y. | 81 Civ. 3223 | 6 | | 7/20/87 D | |

July 1986 - 1 XYZ/29 Dis/16 Pending
July 1987 - 4 Dis/12 Pdg.

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 451 -- In re Shopping Carts Antitrust Litigation

J. Brieant Pretrial Order No. 1 filed 7/6/81

| LIAISON COUNSEL FOR PLAINTIFFS | LIAISON COUNSEL FOR DEFENDANTS |
|---|---|
| Judah I. Labovitz, Esquire<br>Pomerantz, Levy, Haudek & Block<br>295 Madison Avenue<br>New York, New York  10168 | Albert M. Appel, Esquire<br>Webster & Sheffield<br>1 Rockefeller Plaza<br>New York, New York  10020 |
| Robert A. Skirnick, Esquire<br>Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York  10022 | |
| Henry A. Brachtl, Esquire<br>Lowey, Dannenberg & Knapp, P.C.<br>747 Third Avenue<br>New York, New York  10017 | |
| **PLAINTIFFS COMMITTEE** | **PLAINTIFFS COMMITTEE** (Continued) |
| Seymour Kurland, Esquire<br>Wolf, Block, Schorr & Solis-Cohen<br>Twelfth Floor Packard Building<br>Philadelphia, Pa.  19102 | Jerry S. Cohen, Esquire<br>Kohn, Milstein & Cohen<br>1776 K Street, N.W.<br>Washington, D. C.  20006 |
| Stephen D. Susman, Esquire<br>Susman & McGowan<br>806 Main Street<br>21st Floor<br>Houston, Texas 77002 | H. Laddie Montague, Esquire<br>Berger & Montague<br>1622 Locust Street<br>Philadelphia,    Pa.   19103 |
| Lowell E. Sachnoff, Esquire<br>Sachnoff, Schrager, Jones,<br>Weaver & Rubenstein<br>One IBM Plaza, Suite 4700<br>Chicago, Illinois  60611 | Joel C. Meredith, Esquire<br>Meredith & Cohen<br>1405 Locust Street<br>Philadelphia, Pa. |
| Leonard Barrack, Esquire<br>Barrack, Rodos & McMahon<br>2000 Market Street<br>Philadelphia, Pennsylvania 19103 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 451 -- In re Shopping Cart Antitrust Litigation

---

**JOSEPH B. GOLDBERG, ETC. (A-1)**
Corinblit Shapero & Seltzer
3700 Wilshire Boulevard
Suite 820             (No app. Rec'd)
Los Angeles, California 90010

**RALEY'S (A-2)**
Raymond P. Hernacki, Esq.
Brandlin & McAllister
10960 Wilshire Blvd., Ste. 2220
Los Angeles, California 90024

**ARDEN-MAYFAIR INC., ET AL. (A-3)**
J. Garrett Kendrick, Esq.
Kendrick, Netter & Bennett
612 South Flower Street, Ste. 600
Los Angeles, California 90017

**SAFEWAY STORES (A-4)**
Josef D. Cooper, Esq.
Suite 600
300 Montgomery Street
San Francisco, California 94104

**BUSY BOY MARKETS, INC., ET AL. (A-5)**
Francis O. Scarpulla, Esq.
Scarpulla & Garlock
601 Montgomery Street
Nineteenth Floor
San Francisco, California 94111

**THE FOOD SELLER, INC. (A-6)**
Perry Goldberg, Esq.
Specks & Goldberg, Ltd.
180 North LaSalle Street
Suite 2316          (No app. Rec'd)
Chicago, Illinois 60601

**MECHANICAL RUBBER & SUPPLY INC. (A-7)**
Lawrence H. Eiger, Esq.
Much, Shelist, Freed, Denenberg, Ament
     & Eiger, P.C.
135 South LaSalle Street, Ste. 2323
Chicago, Illinois 60603
           (No. app. rec'd)

**PLESING SUPER MART, INC. (A-8)**
James B. Sloan, Esq.
Sloan and Connelly, P.C.
111 West Washington Street
Chicago, Illinois 60602

**PENNY'S SUPERMARKETS, INC. (A-9)**
Lowell E. Sachnoff, Esq.
Sachnoff, Schrager, Jones, Weaver
   & Rubenstein, Ltd.
One IBM Plaza, Suite 4700
Chicago, Illinois 60611

**LES ON RETAIL SYSTEMS, INC. (A-10)**
Leonard Barrack, Esq.
Barrack, Rodos & McMahon     (No app. rec'd)
2000 Market Street
Philadelphia, Pennsylvania 19103

**BUY LOW, INC., ET AL. (A-11)**
James S. Gordon, Esq.
140 South Dearborn Street
Suite 404
Chicago, Illinois 60603

**THE STOP & SHIO CO., INC. ET AL. (A-12)**
Robert D. Paul, Esq.
Goodwin, Procter & Hoar
28 State Street
Boston, Massachusetts 02109

**GREAT SCOTT FOOD MARKETS (A-13)**
Harold Brown, Esq.
Brown, Prifti, Leighton & Cohen
66 Long Wharf
Boston, Massachusetts 02110

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 451 -- _____

| | |
|---|---|
| RESJEFAL CORP. (A-14)<br>David J. Bershad, Esq.<br>Milberg, Weiss, Bershad & Specthrie<br>1 Pennsylvania Plaza<br>New York, New York 10119 | SHOPWELL, INC. (A-22)<br>Howard B. Weinreich, Esq.<br>Rosengarten & Weinreich<br>400 Walnut Avenue<br>Bronx, New York 10454 |
| TOYS "R" US, INC. (A-15)<br>Ira Postel, Esq.<br>Shea & Gould<br>330 Msdison Ave.<br>New York, New York 10017 | LOMARK DISCOUNT DRUGS, INC. (A-23)<br>David Jaroslawicz, Esq.<br>2 Lafayette Street<br>New York, New York 10007 |
| CHATHAM SUPERMARKETS, INC. (A-16)<br>X Jerry S. Cohen, Esq.<br>Kohn, Milstein & Cohen<br>1776 K Street, N.W.<br>Washington, D.C. 20006 | MARTIN PERLOV, ET AL. (A-24)<br>Allen D. Black, Esq.<br>Fine, Kaplan and Black<br>1845 Walnut Street<br>23rd Floor<br>Philadelphia, Pennsylvania 19103 |
| ALEXANDERS MARKETS, INC. (A-17)<br>Stephen P. Hoffman, Esq.<br>Pomerantz, Levy, Haudek & Block<br>295 Madison Avenue<br>New York, New York 10017 | PICK QUICK FOODS, INC. (A-25)<br>Ronald Litowitz, Esq.<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York 10016 |
| EASTSIDE FOODS, INC. (A-18)<br>Robert N. Kaplan, Esq.<br>Kaplan, Kilsheimer & Fley<br>122 E. 42nd St.<br>New York, New York 10168 | PSK FOOD CORP., ET AL. (A-26)<br>Stanley L. Kaufman, Esq.<br>475 Park Avenue South<br>New York, New York 10016 |
| PIK N PAK (A-19)<br>Arthur N. Abbey, Esq.<br>212 East 39th Street<br>New York, New York 10016 | ZAYRE CORPORATION (A-27)<br>Henry A. Brachtl, Esq.<br>Lowey, Dannenberg & Knapp, P.C.<br>747 Third Avenue<br>New York, New York 10017 |
| WIN-HOLT EQUIPMENT COPR. (A-20)<br>Joseph A. Ruskay, Esq.<br>4 Godfrey Lane<br>Westport, Conn. 06880 | CES OPERATING CO. t/a GREAT SCOTT MARKETS (A-28)<br>Bernard M. Gross, Esq.<br>Gross & Skiar, P.C.<br>(SEE A-21 FOR ADDRESS) |
| MURRAY'S OF BADERWOOD, INC. (A-21)<br>Bernard Gross, Esq.<br>Gross and Sklar, P.C.<br>1630 Locust Street<br>Philadelphia, Pennsylvania 19103 | GIANT MARKETS, INC. ( A-29)<br>X H. Laddie Montague, Jr., Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 451 -- In re Shopping Carts Antitrust Litigation

---

DAVISVILLE CENTER, INC., ET AL. (A-30)
Seymour Kurland, Esq.
Wolf, Block, Schorr & Solis-Cohen
Twelfth Floor Packard Building
Philadelphia, Pennsylvania 19102

GIANT EAGLE MARKETS (A-31)
Bernard D. Marcus, Esq.
Titus, Marcus & Shapira
624 Oliver Building
Pittsburgh, Pennsylvania 15222

SCHEPPS GROCERY COMPANY (A-32)
Stephen D. Susman, Esq.
Susman & McGowan
806 Main Street
21st Floor
Houston, Texas 77002

CHAR-PAC, INC., d/b/a/ FOODLAND (A-33)
John Blazier, Esq.
Blazier & Laney     (No app. rec'd)
400 American Bank Tower
Austin, Texas 78701

GODFREY CO. (A-34)
Douglas V. Rigler, Esq.
Michael Fischer, Esq.
Foley, Lardner, Hollabaugh & Jacobs
1775 Pennsylvania Ave., N.W.
Washington, D.C. 20006

SAM DUNLAP, ET AL. (A-35)
I. Walton Bader, Esq.
Bader & Bader
69 Court Street
White Plains, New York 10001

UNARCO INDUSTRIES
Gary Senner, Esq.
Sonnenschein, Carlin, Nath & Rosenthal
8000 Sears Tower
Chicago, Illinois 60606

ROBLIN INDUSTRIES, INC.
Albert M. Appel, Esq.
Webster & Sheffield
1 Rockefeller Plaza
New York, New York 10020

GLEASON CORPORATION
TECHNIBILT CORPORATION
J. Edd Stepp, Jr., Esq.
Gibson, Dunn & Crutcher
515 South Flower Street
Los Angeles, California 90071

TOTE-CART COMPANY, INC.
David S. Acker, Esq.
Winston & Strawn
One First National Plaza
Chicago, Illinois 60603

THE FED-MART CORPORATION (B-36)
Robert C. Wright, Esquire
Sullivan, Jones & Archer
1400 Financial Square
600 B Street
San Diego, California 92101

HARTFIELD-ZODYS, INC. (B-38)
J. Larson Jaenicke, Esquire
Kaplan, Livingston, Goodwin, Berkowitz & Selvin
450 South Roxbury Drive
Beverly Hills, California 90210

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 451 -- _____

| | |
|---|---|
| ALBERTSON'S, INC., ET AL. (B-39)<br>Richard W. Giauque, Esq.<br>Gary F. Bendinger, Esq.<br>Giauque, Holbrook, Bendinger &<br>  Gurmankin<br>500 Kearns Building<br>Salt Lake City, Utah  84101<br><br>MAYFAIR SUPER MARKETS, INC. (B-40)<br>Jay J. Rice, Esquire<br>Ravin, Davis & Sweet<br>485 U.S. Rt. 1 South<br>Woodbridge, New Jersey 07095<br><br>PARKER METALS, INC. (deft. in B-40)<br>Parker Metals, Inc.<br>Post Office Box 561<br>Metuchen, New Jersey<br><br>GENERAL MERCHANDISE CORP., INC.<br>(deft. in B-40)<br>General Merchandise Corp., Inc.<br>130 Marion Avenue<br>Linden, New Jersey<br><br>UNITED STEEL & WIRE CORP., INC.<br>(deft. in B-40)<br>United Steel & Wire Corp., Inc.<br>371 Little Falls Road<br>Cedar Grove, New Jersey<br><br>REHRIG INDUSTRIES, INC. (deft. in<br>B-40)<br>Rehrig Industries, Inc.<br>4010 E. 26th Street<br>Los Angeles, California<br><br>FIRST NATIONAL SUPERMARKETS, INC.<br>(C-43)<br>John D. Leech, Esq.<br>Calfee, Halter, & Griswold<br>1800 Central National Bank Bldg.<br>Cleveland, Ohio  44114 | DAYTON HUDSON CORP., ET AL. (C-44)<br>Randy Miller Lebedoff, Esq.<br>1300 Northwestern Bank Bldg.<br>Minneapolis, Minn.  55402<br><br>CERTIFIED GROCERS OF ILL., INC. (D-46)<br>Jay A. Canel, Esq.<br>Rudnick & Wolfe<br>30 N. LaSalle Street<br>Suite 2800<br>Chicago, Illinois  60602 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 451 -- In re Shopping Carts Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Roblin Industries, Inc. | A-1, A-4, A-5, A-6, A-7, A-9, 8, 10, A-11, A-13, A-15-19, 21, 22, A-24-27, A-29, A-30, A-31, A-32, A-33, A-34, A-35, B-36, 37, 38, 39, B-40, C-43, 44, D-46 |
| Unarco Industries, Inc. | A-1, A-4, A-5, A-6, A-7, A-9, 8, 10, A-11, A-13, A-15-19, 21, 22, A-24-27, A-29, A-30, A-32, A-33, A-34, A-35, B-36, 37, 38, 39, B-40, C-43, 44, D-46 |
| Gleason Corporation | A-1, A-4, A-5, A-6, A-7, A-9, 8, 10, A-11, A-13, A-15-19, 21, 22, A-24-27, A-29, A-30, A-32, A-33, A-34, A-35, B-36, 37, 38, 39, B-40, C-43, 44, D-46 |
| Technibilt Corporation | A-1, A-4, A-5, A-6, A-7, A-9, 8, 10, A-13, A-15-19, 21, 22, A-24-27, A-29, A-30, A-32, A-33, A-34, A-35, B-36, 37, 38, 39, C-43, 44, D-46 |
| Tote-Cart Company | A-1, A-4, A-5, A-6, A-7, A-9, 8, 10, A-11, A-13, A-15-19, 21, 22, A-24-27, A-29, A-30, A-32, A-33, A-34, A-35, B-36, 37, B-38, 39, C-43, 44, D-46 |
| Parker Metals, Inc. | B-40 |
| General Merchandise Corp. | B-40 |
| United Steel & Wire Corp. | B-40 |
| Rehrig Industries, Inc. | B-40 |